IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MADELINE K. TAMBLYN, Administratrix of
the Estate of EDWARD J. TAMBLYN and
MADELINE K. TAMBLYN, in her own right,

    Plaintiffs,

v.

MERCK & CO., INC.,

    Defendant.

CIVIL ACTION NO. 05-0773

## ORDER

Upon consideration of Defendant Merck & Co., Inc.'s Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation and any response thereto, it is hereby ORDERED that defendant Merck & Co., Inc.'s Motion is GRANTED. All pretrial proceedings are hereby STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

7/18/05

_____
AMBROSE, J.